## GUILLERMO R. GARCIA,
United States Magistrate Judge, Presiding

US MAGISTRATE COURT
GRG-SDTX
FILED

NOV 21 2012 MLR

David J. Bradley, Clerk
Laredo Divison

| | | | |
|---|---|---|---|
| Deputy Clerk | Mayra Ramirez | Open | 08:15 AM |
| Court Reporter | Aimee Veliz , ERO | | |
| Court Interpreter | Francisco Vergara (used) | Adjourn | 08:17 AM |
| U.S. Pretrial | Julio Taboada | | |
| U.S. Marshal | Joseph Thorton | DATE | November 21, 2012 |
| U.S. Probation | Clara Cavazos | | |

Western District of Texas / San Antonio Division Docket No: SA:11-CR-0980-OLG(01)
Southern District of Texas / Laredo Division Docket No. 5:12-MJ-1487

| | | |
|---|---|---|
| United States of America | § | Michelle Marshall / Robert Ramirez , AUSA |
| vs | § | |
| Carlos Omar Zelaya-Romero, Defendant | § | AFPD Dan Ramirez (on duty), Dft's Atty |

### Courtroom Minutes
#### Initial Appearance

✔ Initial appearance on **[Warrant on Arrest]**.
✔ Dft's first appearance. Dft. Advised of charges and rights.
✔ Dft. advised of charges.
  Indictment
  Violation of Pretrial Release                Violation of Misdemeanor Probation
  ✔ Violation of Supervised Release Term      Other:

✔ FINANCIAL AFFIDAVIT, executed and filed.
✔ Defendant requests appointed counsel.
✔ Federal Public Defender, appointed.
✔ No bond set. Defendant ordered detained pending further proceedings.
✔ Identity / Detention / and Preliminary Examination - Supervised Release Violation Hearing set on 11/29/12 at 10:00 AM before U.S. Magistrate Judge Guillermo R. Garcia in Courtroom 3C.
✔ USPO, Clara Cavazos advised the Court, Probation was unaware as to Transfer of Jurisdiction regarding this case.
✔ Defendant remanded to the custody of U.S. Marshals.

GRG/ MLR